1  Erik S. Syverson (SBN 221933)
   PICK AND BOYDSTON, LLP
2  617 South Olive Street, Suite 400
   Los Angeles, CA 90014
3  Phone: 213-624-1996
   Fax: 213-624-9073
4
   Attorneys for Plaintiff
5  HOLOMAXX TECHNOLOGIES CORPORATION

6

7

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN JOSE DIVISION
12

13  HOLOMAXX TECHNOLOGIES            )  Case No.  CV10-04924JF
    CORPORATION, a Pennsylvania S    )
14  Corporation,                     )  NOTICE OF VOLUNTARY DISMISSAL
                                     )  OF RETURN PATH, INC. (WITHOUT
15           Plaintiff,              )  PREJUDICE)
                                     )
16       v.                          )
                                     )
17  MICROSOFT CORPORATION, a Delaware)
    corporation, and RETURN PATH, INC., a )
18  Delaware corporation,            )
                                     )
19           Defendants.             )
                                     )
20                                   )
                                     )
21                                   )
                                     )
22                                   )
                                     )
23                                   )
    _____)
24

25

26

27

28

DISMISSAL WITHOUT PREJUDICE - ONLY RETURN PAT

-2-

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff Holomaxx Technologies Corporation hereby voluntarily dismisses Defendant Return Path, Inc., without prejudice.

DATED: 12-13, 2010

PICK & BOYDSTON, LLP

By: _____
Erik S. Syverson
Attorneys for Plaintiff Holomaxx Technologies Corporation, a Pennsylvania S Corporation

-2-
DISMISSAL WITHOUT PREJUDICE – ONLY RETURN PATH