1  I. NEEL CHATTERJEE (SBN 173985)
   nchatterjee@orrick.com
2  GABRIEL M. RAMSEY (SBN 209218)
   gramsey@orrick.com
3  MORVARID METANAT (SBN 268228)
   mmetanat@orrick.com
4
   ORRICK, HERRINGTON & SUTCLIFFE LLP
5  1000 Marsh Road
   Menlo Park, CA  94025
6  Telephone:   +1-650-614-7400
   Facsimile:   +1-650-614-7401
7
   Attorneys for Defendant,
8  MICROSOFT CORPORATION

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

13

| | |
|---|---|
| 14  HOLOMAXX TECHNOLOGIES CORPORATION, a Pennsylvania Corporation, | Case No.  CV10-04924-JF |
| 15 | **JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |
| 16              Plaintiff, | |
| 17        v. | |
| 18  MICROSOFT CORPORATION, a Delaware Corporation, | |
| 19              Defendants. | |

20

21

22

23

24

25

26

27

28

1  Pursuant to Northern District of California Civil Local Rule 6-1(a), Defendant Microsoft
2  Corporation ("Microsoft") and Plaintiff Holomaxx Technologies Corporation ("Holomaxx"), by
3  and through their respective counsel of record, hereby stipulate as follows:
4  WHEREAS, on April 8, 2011, Holomaxx filed an Amended Complaint for (i) Violation of
5  18 U.S.C. §§ 2510, *et seq*. (The Wiretap Act); (ii) Violation of 18 U.S.C. §§ 2701, *et seq.* (The
6  Stored Communications Act); (iii) Violation of 18 U.S.C. §§ 1030, *et seq*. (The Computer Fraud
7  and Abuse Act); (iv) Intentional Interference with Contract; (v) Intentional Interference with
8  Prospective Business Advantage; (vi) Violation of California Penal Code §§ 630, *et seq*.
9  (Wiretapping/Eavesdropping); (vii) Violation of California Business & Professions Code §§
10 17200, *et seq*., against Microsoft (the "Amended Complaint");
11 WHEREAS, Holomaxx electronically served the Amended Complaint on Microsoft on
12 April 8, 2011;
13 WHEREAS, Microsoft currently has until April 25, 2011 to answer or respond to
14 Holomaxx's Amended Complaint;
15 WHEREAS, Microsoft has requested and Holomaxx has consented to extend Microsoft's
16 deadline to respond to the Amended Complaint to May 20, 2011;
17 WHEREAS, this extension of Microsoft's deadline to respond to the Amended Complaint
18 will not alter the date of any event or any deadline already fixed by Court order;
19 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
20 through their respective counsel, that Microsoft shall answer or otherwise respond to Holomaxx's
21 Complaint by May 20, 2011.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | | |
|---|---|---|
| 1 | Dated: April 13, 2011 | ERIK S. SYVERSON<br>Pick & Boydston, LLP |
| 2 | | |
| 3 | | /s/ Erik S. Syverson |
| 4 | | ERIK S. SYVERSON<br>Attorneys for Plaintiff Holomaxx Technologies Corporation |
| 5 | | |
| 6 | Dated: April 13, 2011 | GABRIEL M. RAMSEY<br>Orrick, Herrington & Sutcliffe LLP |
| 7 | | |
| 8 | | /s/ Gabriel M. Ramsey |
| 9 | | GABRIEL M. RAMSEY<br>Attorneys for Defendant Microsoft Corporation |

- 2 -

STIP TO EXTEND TIME FOR
RESPONSE TO AMENDED COMPLAINT
CASE NO.: CV10-4924-JF

# ORDER

Microsoft shall answer or otherwise respond to Holomaxx's Complaint by May 20, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 15th day of April, 2011.

_____
Honorable Jeremy Fogel
United States District Judge