1  ERIK S. SYVERSON (State Bar No. 221933)
   esyverson@millerbarondess.com
2  MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
3  Los Angeles, California 90067
   Telephone:  (310) 552-4400
4  Facsimile:   (310) 552-8400

5  Attorneys for Plaintiff
   HOLOMAXX TECHNOLOGIES CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 | HOLOMAXX TECHNOLOGIES         | CASE NO. CV 10-04924-JF
   | CORPORATION, a Pennsylvania
12 | S Corporation,                | [Assigned to the Honorable Judge
   |                               | Jeremy Fogel, Courtroom 3]
13 |         Plaintiff,            |
   |                               | **NOTICE OF CHANGE OF ADDRESS,
14 | v.                            | FIRM NAME AND TELEPHONE
   |                               | NUMBERS EFFECTIVE JULY 1, 2011**
15 | MICROSOFT CORPORATION, a      |
   | Delaware Corporation,         |
16 |                               | Action Filed:  October 29, 2010
   |         Defendant.            | Trial Date:    None Set
17

—

1

NOTICE OF CHANGE OF ADDRESS, FIRM NAME AND TELEPHONE NUMBERS EFFECTIVE JULY 1, 2011

88813.1

TO THE HONORABLE COURT, AND TO THE PARTIES TO THIS ACTION AND TO THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN THAT the firm name and address for Attorney Erik S. Syverson, effective July 1, 2011 will change from Pick & Boydston, LLP, 617 South Olive Street, Suite 400, Los Angeles, CA 90014, to the following:

**MILLER BARONDESS, LLP**
**1999 Avenue of the Stars, Suite 1000**
**Los Angeles, CA 90067**

Tele: (310) 552-5236
Fax: (310) 552-8400
Email: esyverson@millerbarondess.com

PLEASE TAKE FURTHER NOTICE THAT the telephone, fax and email addresses for Attorney Erik S. Syverson have also changed.

All further pleadings and correspondence in this action directed to Attorney Erik S. Syverson should be sent to this address.

DATED: July 12, 2011          Respectfully submitted,

                              MILLER BARONDESS, LLP

                              By: _____
                              Erik S. Syverson

                              Attorneys for Plaintiff
                              HOLOMAXX TECHNOLOGIES
                              CORPORATION