UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 15, 2011          Time: 9 mins
**Case Number:** CV-10-4924-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

| TITLE: | HOLOMAXX TECHNOLOGIES CORP. V. MICROSOFT CORP., ET AL |
|---|---|
| PLAINTIFF | DEFENDANT |
| Attorneys Present: Erik Syverson | Attorneys Present: Gabriel Ramsey |

PROCEEDINGS:

    Hearing on Motion to Dismiss held. Parties are present. The motion is taken under submission.