\*\*E-Filed 8/23/2011\*\*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HOLOMAXX TECHNOLOGIES CORPORATION, a Pennsylvania S Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 10-cv-04924 JF (PSG)<br><br>JUDGMENT |

Defendant's motion to dismiss having been granted,

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint be dismissed without leave to amend and that the action be dismissed with prejudice.

DATE: 8/23/2011

_____
JEREMY FOGEL
United States District Judge

Case No. 10-cv-04924 JF (PSG)
JUDGMENT
(JFEX2)